# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **L. Fromelius Investment Properties LLC**, | Bankruptcy No. 15-22943 |
| | Hon. Donald R. Cassling |
| Debtor. | |

## NOTICE OF MOTION

**Please take notice** that, on **October 29, 2019, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Donald R. Cassling, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, to present the **Debtor's Motion for a Final Decree and Order Closing the Chapter 11 Case**, a copy of which is included herewith and served upon you, at which time and place you may appear.

Dated: October 21, 2019

**L. Fromelius Investment Properties LLC**

By: /s/ Jeffrey K. Paulsen
One of Its Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (847) 239-7248
Fax:   (847) 574-8233
Email:  wfactor@wfactorlaw.com
        jpaulsen@wfactorlaw.com

{00153975}

## CERTIFICATE OF SERVICE

I, Jeffrey K. Paulsen, an attorney, hereby certify that on October 21, 2019, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List and by U.S. Mail on all other persons identified on the appended Service List.

/s/ Jeffrey K. Paulsen

## SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| Tyson A. Crist | tyson.crist@icemiller.com, sandy.heaberlin@icemiller.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, bharlow@wfactorlaw.com, wfactor@ecf.inforuptcy.com, wfactormyecfmail@gmail.com, factorwr43923@notify.bestcase.com |
| Sarah Fowler | sarah.fowler@mbcblaw.com, deidre.gastenveld@mbcblaw.com |
| Ariane Holtschlag | aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, holtschlagar43923@notify.bestcase.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com, jpaulsen@ecf.inforuptcy.com |
| Victoria E. Powers | victoria.powers@icemiller.com, Tyson.Crist@icemiller.com |
| Christopher B. Wick | cwick@hahnlaw.com, hlpcr@hahnlaw.com, cmbeitel@hahnlaw.com |

**Non-Registrants**
(Service via U.S. Mail)

See attached.

L. Fromelius Investement Properties, LLC
5611 Walnut Avenue
Downers Grove, IL 60516-1003

City of Ottawa
Water Filtration Plant
828 E. Norris
Lisle, IL 60532

Comcast
PO Box 3002
Southeastern, PA 19398-3002

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101-7346

Estate of Ann Marie Barry
c/o Thomas Hayes, Ice Miller LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532-4613

First Midwest Bank
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200

First Midwest Bank, as Successor Trustee of
c/o Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215-7509

Gritis & Associates, LTD
1385 Warren Avenue, Suite A
Downers Grove, IL 60515-3466

Grundy County Collector
PO Box 689
Morris, IL 60450-0689

Illini Precast, LLC
Attn: Craig R. Wagenbach
2255 Enterprise Dr., Suite 5501
Westchester, IL 60154-5808

Illini Precast, LLC
Attn: Craig Wagenbach
614 South Elmwood Drive
Aurora, IL 60506

Internal Revenue Service
Mail Stop 5014CHI
230 S. Dearborn Street, Room 2600
Chicago, Illinois 60604-1705

Kelly Plastics
297 W. Dillan
Marengo, IA 52301-8635

LaSalle County Treasurer
PO Box 1560
Ottawa, IL 61350-5560

Lanscaping Angels Inc
19 Primrose Lane
Oswego, IL 60543-7917

Lawrence D. Fromelius
1713 N. 2479th Road
Ottawa, IL 61350-9359

Ludwig Explosive, Inc.
Attn: Nowell Ludwig, President
POB 539
LaSalle, IL 61301-0539

Ludwig Explosives, Inc.
c/o William W. Mohr, P.C.
400 E. Diehl Rd, Ste 310
Naperville, IL 60563-1313

Pay Chex, Inc.
1000 E. Warrenville Rd., Suite 200
Naperville, IL 60563-3574

Pedersen & Houpt
Attn: Kimberly S. Cornell
161 N. Clark St., Suite 2700
Chicago, IL 60601-3311

Republic Services
5050 W. Lake Street
Melrose Park, IL 60160-2766

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: **L. Fromelius Investment Properties LLC**, Debtor. | Chapter 11<br>Bankruptcy No. 15-22943<br>Hon. Donald R. Cassling |

## DEBTOR'S MOTION FOR A FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE

Because it has taken the actions required under its confirmed chapter 11 plan, L. Fromelius Investment Properties LLC (the "Debtor") seeks entry of a final decree and order closing this chapter 11 case.

### 1. BACKGROUND.

On July 2, 2015, (the "Petition Date") the Debtor filed a petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On October 3, 2017, this Court entered an order confirming the Debtor's chapter 11 plan (ECF No. 207).

The plan requires the Debtor to make the following payments or to take the following actions following the plan's effective date:

| Type or Class of Claims | Creditors | Action Under Plan | Status |
|---|---|---|---|
| U.S. trustee fees. | U.S. trustee. | Paid quarterly. | The Debtor is current on its U.S. trustee fees and will pay the final fees once they have been calculated. |

{00153975}

| Type or Class of Claims | Creditors | Action Under Plan | Status |
|---|---|---|---|
| Unclassified administrative expenses. | Estate professionals. | Paid in accordance with § 4.1.2 of the plan. | The Debtor is paying professionals pursuant to the agreement with the professionals. |
| Class 1. | Barry Trust Secured Claim. | Payment from proceeds of property sales. | Class 1 is paid in full. |
| Class 2. | Unsecured Claims. | Payment from proceeds of property sales. | Class 2 is paid in full. |

There are no pending matters left for this Court to address.

## 2. DISCUSSION.

"After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022; *accord* 11 U.S.C. § 350(a). The Bankruptcy Code and Rules do not define when an estate is fully administered, so courts "should review each request for entry of a final decree on a case-by-case basis and analyze the factors set forth in Rule 3022, along with any other relevant factors, in determining whether an estate has been fully administered." *Spierer v. Federated Dep't Stores, Inc. (In re Federated Dep't Stores, Inc.)*, 43 Fed. Appx. 820, 822 (6th Cir. 2002); *accord In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990).

The factors considered include: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been distributed; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor or the successor of the debtor under the plan has assumed

the business of the management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters, and adversary proceedings have been finally resolved. Fed. R. Bankr. P. 3022 Advisory Note. Whether or not there is a possibility that a court's jurisdiction may be invoked in the future is not a basis to keep a case open, as a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to 11 U.S.C. § 350(a). *Id.*

Here, the applicable factors are satisfied and the Debtor's case has been finally administered. Specifically, (a) the order confirming the plan is final, (b) the Debtor has assumed responsibility for the property to be dealt with under the plan, (c) all payments required by the plan have been made, and (d) all motions, contested matters, and adversary proceedings have been resolved. There is therefore no further need for supervision by this Court. If an issue does arise, this Court retains jurisdiction under article 12 of the Plan to resolve that issue.

**Wherefore**, the Debtor respectfully requests that the Court enter a final decree and order closing this case and grant any further relief that is appropriate under the circumstances.

Dated: October 21, 2019        **L. Fromelius Investment Properties LLC**

                               By: /s/ Jeffrey K. Paulsen
                               One of Its Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        jpaulsen@wfactorlaw.com